FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 22-1521

**Short Case Caption:** The Regents of the University of California v. ITC

| **Party Name(s)** | International Trade Commission |
|---|---|
| **Name of Arguing Counsel** | Houda Morad |
| **Dates Unavailable** <br><br> List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case. <br><br> **Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/03/2023 <br> 04/04/2023 <br> 04/05/2023 <br> 04/06/2023 <br> 04/07/2023 |
| **Potential Other Conflicts** <br><br> Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Chamberlain Group, LLC v. ITC; Overhead Door Corporation v. ITC, Appeal Nos. 22-1664, 22-1656 (consolidated) |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/25/2023

Signature: /s/ Houda Morad

Name: Houda Morad

## STATEMENT OF GOOD CAUSE

Good cause exists for my inability to attend oral argument on April 3-7, 2023. I have a planned family vacation abroad during that entire week.

Respectfully submitted,

*/s/ Houda Morad*
Houda Morad
Attorney Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC  20436
Tel:  (202) 708-4716
Fax:  (202) 205-3111
houda.morad@usitc.gov

*Counsel for Appellee*
*International Trade Commission*


Date:          January 25, 2023