# United States Court of Appeals for the Federal Circuit

---

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**GENERAL ELECTRIC COMPANY, SAVANT TECHNOLOGIES LLC, HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., IKEA SUPPLY AG, IKEA U.S. RETAIL LLC, IKEA OF SWEDEN AB, SATCO PRODUCTS, INC., GLOBAL VALUE LIGHTING, LLC, SIGNIFY NORTH AMERICA CORPORATION, FEIT ELECTRIC COMPANY, INC.,**
*Intervenors*

---

2022-1521

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1220.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 16, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court